680

No. 754. WALLACE, SECRETARY OF AGRICULTURE, ET AL. *v.* BOARD OF TRADE OF CHICAGO; and

No. 755. FARMERS NATIONAL GRAIN CORP. *v.* SAME. March 5, 1934. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Solicitor General Biggs* for petitioner in No. 754. *Messrs. Carl Meyer* and *Irving B. Goldsmith* for petitioner in No. 755. *Messrs. Weymouth Kirkland* and *Howard Ellis* for respondent.

No. 758. BALTIMORE & OHIO R. Co. *v.* ZAHROBSKY. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. George W. P. Whip* and *Duncan K. Brent* for petitioner. *Mr. George Forbes* for respondent.

No. 761. PEERLESS MOTOR CAR CORP. *v.* TAYLOR. March 5, 1934. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. Robert M. Calfee* for petitioner. *Mr. Paul Lamb* for respondent.

No. 764. CENTMONT CORP. *v.* MARSCH. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Walter A. Dane* for petitioner. No appearance for respondent.

No. 765. UNION NATIONAL BANK OF PITTSBURGH ET AL., TRUSTEES, *v.* FIDELITY TRUST Co., ADMINISTRATOR. March 5, 1934. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Messrs. Louis Titus*